MINUTE ENTRY
VAN MEERVELD, M.J.
APRIL 29, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL

VERSUS

NO. 24-92

MICHAEL CELESTINE

SECTION: R

## CRIMINAL ARRAIGNMENT

APPEARANCES:   X   DEFENDANT

__ X   COUNSEL FOR DEFENDANT   CELIA RHOADS _____

__ X   ASSISTANT U.S. ATTORNEY   MICHAEL E. TRUMMEL _____

__    INTERPRETER _____   SWORN

_____

(TIME: _____ .M  to _____ .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / READING OF THE INDICTMENT: READ WAIVED SUMMARIZED

 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

__/ BAIL SET AT _____

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JUNE 13, 2024 AT 10:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE SARAH S. VANCE**

 X / TRIAL: **JUNE 24, 2024 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE SARAH S. VANCE**

MJSTAR: 00: 03